UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA, | : Case No. 3:02CR334 (PCD) |
| | : |
| v. | : |
| | : |
| Herman James | : |
| Defendant. | : November 3, 2004 |

## NOTICE OF MANUAL FILING

Please take notice that the United States of America has manually filed the following document(s):

Exhibits 1-6 to the Government's Memorandum in Aid of Sentencing

This document has not been filed electronically because

- ■ the document cannot be converted to an electronic format
- ☐ the electronic file size of the document exceeds 1.5 megabytes
- ☐ the document is filed under seal pursuant to Local Rule of Civil Procedure 5(d) or Local Rule of Criminal Procedure 57(b)
- ☐ Plaintiff/Defendant is excused from filing this document by Court order.

The document has been manually served on all parties.

Respectfully submitted,

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY

//s/John A. Marrella
John A. Marrella
U.S. Attorney's Office
157 Church Street
New Haven, CT 06510
Tel: (203) 821-3700
Fax:(203) 773-5376
e-mail: john.marrella@usdoj.gov@usdoj.gov
Federal Bar No. ctct19473

**CERTIFICATION**

    This is to certify that a copy of the foregoing has been sent by U.S. Mail, this 4th day of November, 2004, to:

Jonathan Einhorn, Esquire
412 Orange Street
New Haven, CT 06511

 

_____
JOHN A. MARRELLA
ASSISTANT UNITED STATES ATTORNEY