UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | Criminal No. 3:02CR334(PCD) |
| HERMAN JAMES | : | November 18, 2004 |

## MOTION TO DISMISS COUNTS FOUR AND FIVE

Pursuant to the plea agreement executed on January 9, 2004, the United States of America hereby moves to dismiss with prejudice Counts Four and Five of the Second Superseding Indictment.

Respectfully submitted,

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY

JOHN A. MARRELLA
ASSISTANT UNITED STATES ATTORNEY
157 Church Street
New Haven, CT  06510
(203) 821-3700

## CERTIFICATION

This is to certify that a copy of the foregoing Motion has been delivered by hand this 18th day of November, 2004, to:

Jonathan Einhorn, Esquire
412 Orange Street
New Haven, CT 06511

JOHN A. MARRELLA
ASSISTANT UNITED STATES ATTORNEY