# UNITED STATES DISTRICT COURT

# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| VS. | : | CRIMINAL NO. 3:02 CR 334 (PCD) |
| | : | |
| HERMAN JAMES | : | |

## **ORDER**

The Government's Motion to Dismiss Counts Four and Five of the Second Superseding Indictment is hereby GRANTED.

SO ORDERED.

Dated at New Haven, Connecticut, this 18th day of November, 2004.

                              /s/
_____    Peter C. Dorsey, Senior
                              U.S. District Judge