UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Case No. 3:02CR334(PCD) |
| | : | |
| v. | : | |
| | : | |
| HERMAN JAMES | : | November 19, 2004 |

**GOVERNMENT'S MOTION TO DISMISS INDICTMENTS**

The Government respectfully requests that the Court dismiss the original indictment and the first superseding indictment against the defendant, Herman James. In support of this motion the Government states:

1. On November 21, 2002, a federal grand jury returned a three-count indictment against James, charging him with counterfeiting (two counts), in violation of 18 U.S.C. § 472, and possession of a firearm by a convicted felon, in violation of 18 U.S.C. § 922(g)(1).

2. On April 16, 2003, the grand jury returned a five-count superseding indictment against James, charging him with two counts of witness tampering, in violation of 18 U.S.C. § 1512(b), in addition to the three original counterfeiting and gun charges.

3. The grand jury returned a second superseding indictment on November 20, 2003. The second superseding indictment did not allege any further offenses by James, but rather included more details as to the offenses alleged in Counts Four and Five of the superseding indictment.

4. On January 9, 2004, James pleaded guilty to counts One, Two and Three of the second superseding indictment.

5. On November 18, 2004, the Court sentenced the defendant on counts One, Two, and Three of the second superseding indictment.

      6.      On November 18, 2004, upon motion of the Government, the Court dismissed Counts Four and Five of the second superseding indictment.

      7.      A proposed order is being file herewith.

WHEREFORE, the Government respectfully requests that the Court dismiss the original indictment that was returned on November 21, 2002, and the first superseding indictment that was returned on April 16, 2003.

                                                               Respectfully submitted,

                                                               KEVIN J. O'CONNOR
                                                              UNITED STATES ATTORNEY

                                                              JOHN A. MARRELLA
                                                               ASSISTANT UNITED STATES ATTORNEY
                                                              157 CHURCH STREET
                                                               NEW HAVEN, CT 06510
                                                               Tel. (203) 821-3700
                                                                Federal Bar No. ct19473

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing Memorandum has been sent by U.S. Mail, this 19th day of November, 2004, to:

Jonathan Einhorn, Esquire
412 Orange Street
New Haven, CT 06511

                                                               _____
                                                               JOHN A. MARRELLA
                                                               ASSISTANT UNITED STATES ATTORNEY