UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | : Case No. 3:02CR334(PCD) |
| v. | : |
| HERMAN JAMES | : |

### ORDER

Upon motion of the United States and for good cause shown, it is hereby

ORDERED that the original indictment in this case, which was returned on November 21, 2002, and the first superseding indictment, which was returned on April 16, 2003, be dismissed with prejudice.

It is SO ORDERED, this 22nd day of November, 2004 at New Haven, Connecticut.

PETER C. DORSEY
SENIOR UNITED STATES DISTRICT JUDGE