**UNITED STATES DISTRICT COURT**

**DISTRICT OF CONNECTICUT**

UNITED STATES OF AMERICA

   -vs-                                              Criminal No. 3:02 cr 334 (PCD)

HERMAN JAMES

<u>ORDER</u>

_____The Government is hereby authorized to have the Secret Service destroy the firearm identified in Count 3 of the Second Superseding Indictment.

    SO ORDERED.

    Dated at New Haven, Connecticut, November 29, 2004.

                              /s/_____
                                  Peter C. Dorsey, Senior
                                  United States District Judge