**UNITED STATES DISTRICT COURT**

**DISTRICT OF CONNECTICUT**

UNITED STATES OF AMERICA

    -vs-　　　　　　　　　　　　　　　Criminal No. 3:02 CR 334 (PCD)

HERMAN JAMES

<u>ORDER APPOINTING COUNSEL</u>

    IT IS HEREBY ORDERED that Attorney Jonathan J. Einhorn is hereby appointed, nunc pro tunc, as counsel to represent the defendant in this case.

    SO ORDERED.

    Dated at New Haven, Connecticut, November 30, 2004.

　　　　　　　　　　　　　　/s/_____
　　　　　　　　　　　　　　　　Peter C. Dorsey, Senior
　　　　　　　　　　　　　　　　United States District Judge