UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

**FILED**

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIM. NO. 3:02cr334(PCD)  2004 NOV 29 A 8:16 |
| VS. | U.S. DISTRICT COURT |
| | NEW HAVEN, CT |
| HERMAN JAMES | NOVEMBER 22, 2004 |

### NOTICE OF APPEAL

Notice is hereby given that HERMAN JAMES appeals to the United States Court of Appeals for the Second Circuit from the Judgment-Sentence entered in this action on November 18, 2004.

The appeal concerns: Conviction and Sentence.

_____
COUNSEL FOR APPELLANT
JONATHAN J. EINHORN
412 ORANGE STREET
NEW HAVEN, CT 06511
(203) 777-3777/ct 00163

### CERTIFICATION

This is to certify that a copy of the foregoing was mailed, postage prepaid this 22nd day of November, 2004 the following:

John A. Marrella, Esq.
U.S. Attorney's Office
915 Lafayette Boulevard
Bridgeport, CT 06604

_____
JONATHAN J. EINHORN

| QUESTIONNAIRE: | TRANSCRIPT ORDER |
|---|---|
| I am ordering a transcript | Prepare Transcript of: |
| | Sentence: 11/18/04 |

The attorney certifies that he will make satisfactory arrangements with the court reporter for payment of the cost of the transcript.

Method of Payment: CJA form 24   Dated: November 22, 2004

_____
JONATHAN J. EINHORN

**COURT REPORTER ACKNOWLEDGMENT:**

Date Order Received   Estimated Completion Date   Est. No. of Pages

_____   _____   _____

Date: _____   Signature _____
                                      Court Reporter