# MANDATE

D. Conn. (N.Y.)
02-cr-334
Dorsey, J.

## United States Court of Appeals
FOR THE
SECOND CIRCUIT

At a stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, Foley Square, in the City of New York, on the 28th day of June, two thousand and five,

Present:
    Hon. Jon O. Newman,
    Hon. Ralph K. Winter,
    Hon. Sonia Sotomayor,
        *Circuit Judges.*

---

United States of America,

        Appellee,

    v.                                No.04-6336-cr

Herman James,
        Defendant-Appellant

---

Defendant-appellant moves, with the Government's consent, to remand the case to the district court for resentencing. In light of the Supreme Court's decision in *United States v. Booker*, __U.S.__, 125 S. Ct. 738 (2005), and this Court's decision in *United States v. Fagans*, 406 F.3d 138, 142 (2d Cir. 2005), the motion is GRANTED. Because the error in applying the Sentencing Guidelines mandatorily was preserved for appellate review, the case is remanded to the district court with instructions to vacate the sentence and resentence defendant-appellant in conformity with *Booker*.

An appeal, if any, taken from the judgment of the district court following this remand and resentencing can be initiated only by filing a new notice of appeal. *See* Fed. R. App. P. 3, 4 (b). A party will not waive or forfeit any appropriate argument on remand or on any appeal post-remand by not filing a petition for rehearing of this remand order.

A TRUE COPY
Roseann B. MacKechnie, CLERK
by _____
    DEPUTY CLERK

FOR THE COURT:
Roseann B. MacKechnie, Clerk
By: *Lucille Carr*

- MANDATE: 7-21-05