UNITED STATES DISTRICT COURT    9-4-05
DISTRICT OF CONNECTICUT

HERMAN JAMES                    :    NO. 3:02 Cr 334 (PCD)
        Petitioner             :    NO. 3:05 CV 1365 (PCD)
                               :
V                              :
    U.S.A                      :
        Respondent             :    FILED
                               :    2005 SEP 12 P 1:55
                               :    U.S. ___ ___ ___
                                    ___ ___

MOTION For LEAVE OF COURT
TO UTILIZE DISCOVERY
PURSUANT TO RULE (6)(A) et seq.
OF TITLE 28 U.S.C. & 2255

Here Comes Now, the petitioner Herman James, proceeding
pro se and respectfully move this Court for leave to invoke
the process of discovery available to the petitioner via Federal
Rules of Civil and Criminal procedure and authorized by title
28 USC Section 2255 Rule (6)(A) et seq. Upon showing of good
Cause.

The petitioner submits herein to this Court that
he does not have his discovery in the instant case. Because
of the mashall OR B.O.P policy that all inmates, detainee
getting tranfer from a state or privately operated facility
into the U.S. mashall custody must not take nothing with
him/her. Including legal material.

Petitioner submits herein to this Court that discovery
in the instant case is necessary to provide the Court a
(NEXT PAGE)

full and Complete Set of facts regarding Petitioner's allegation. The nature and extent of said discovery shall Consist of the following material now in the Possession of the goverment.

(1) Transcript of plea agreement, Transcripts of sentencing under the plea agreement.

(2) Copies of all motions Concerning government objection pretaining to the Petitioner or Counsel

(3) Copies of Sentencing transcripts and Judgement and Comment order's.

The above request are authorized Pursuant to the Federal Rules of Criminal Procedure rule (16)(A) (1) (C) 26.2 and (7) (F) respectfully.

The Petitioner further request that the goverment Compile with the above requested materials and Attorney David A morghan. and to be delivered to F.CI Schuylkill PA

Respectfully written
Herman James 8/631-054

P.O. Box 759
F.CI Schuylkill
minersvill, PA 17954