UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| HERMAN JAMES, | : | |
| Petitioner | : | Crim. No. 3:02CR334(PCD) |
| | : | Civ. No. 3:05CV1365(PCD) |
| v. | : | |
| | : | |
| UNITED STATES OF AMERICA, | : | September 29, 2005 |
| Respondent | : | |

**GOVERNMENT'S RESPONSE PETITIONER'S DISCOVERY MOTION**

Petitioner Herman James has filed a "Motion for Leave of Court to Utilize Discovery," in connection with his petition for a writ of habeas corpus. The Petition appears to challenge his conviction and sentence in this Court. Alternatively, the Petition may constitute a request to withdraw Petitioner's plea of guilty. Petitioner now seeks the production of certain materials relating to his guilty plea and sentencing, including pleadings and transcripts of his guilty plea and sentencing.

For the reasons set forth in its submission of September 22, 2005, the Government believes that Petitioner's request for relief under Section 2255 is moot. In any event, Petitioner is still represented by counsel, Jonathan Einhorn, Esquire. All of the requested materials are either in the possession of Attorney Einhorn or, with respect to the transcripts, have been ordered. To the extent that Petitioner seeks to withdraw his guilty plea, the Government respectfully requests

that the Court advise him to consult with counsel in order to determine what materials, if any, he needs to pursue the requested relief.

        Respectfully submitted,

        KEVIN J. O'CONNOR
        UNITED STATES ATTORNEY


        JOHN A. MARRELLA
        ASSISTANT UNITED STATES ATTORNEY
        Federal Bar No. ct19473
        157 Church Street
        New Haven, CT 06510
        Tel. (203) 821-3700

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing Memorandum has been sent by U.S. Mail, this 29th day of September, 2005, to:

Herman James
Reg. No. 81631-054
P.O. Box 759
F.C.I. Schuylkill
Minersville, PA 17954

Jonathan Einhorn, Esquire
412 Orange Street
New Haven, CT 06511

        _____
        JOHN A. MARRELLA
        ASSISTANT UNITED STATES ATTORNEY