## UNITED STATES DISTRICT COURT

### DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIM. NO. 3:02cr334 (PCD) |
| VS. | |
| HERMAN JAMES | SEPTEMBER 16, 2005 |

### INDEX TO RECORD ON APPEAL

| | **No. of Pages** |
|---|---|
| Cert. Copy of Docket Sheet | 15 |
| | **Document No.** |
| Complaint, doc. #1 | 1 |
| Indictment, doc. #12 | 2 |
| Superseding Indictment, doc #28 | 3 |
| Notice of Interlocutory Appeal, doc #48 | 4 |
| Second Superceding Indictment, doc #54 | 5 |
| Proposed Jury Instructions, doc #71 | 6 |
| Plea Agreement, doc #79 | 7 |
| Judgment, doc #95 | 8 |
| Notice of Appeal, doc #100 | 9 |

Respectfully submitted,

DEFENDANT, HERMAN JAMES

BY_____
JONATHAN J. EINHORN, ESQ.
412 ORANGE STREET
NEW HAVEN, CT 06511
TELEPHONE: (203) 777-3777
FACSIMILE : (203) 782-1721
Email address: jnhorn@aol.com
Fed. Bar No. ct00163