UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Re-Sentencing Calendar

Honorable Peter C. Dorsey, U. S. D. J.
141 Church Street
New Haven
Courtroom #1

September 7, 2006

3:00 P.M.

CASE NO.   3-02-cr-334 (PCD)   USA v. Herman James

COUNSEL OF RECORD:

| | |
|---|---|
| John A. Marrella, AUSA | U.S. Attorney's Office, 157 Church St., New Haven, CT 06510     203-821-3700 |
| Jonathan J. Einhorn, Esq. | 412 Orange St., New Haven, CT 06511 203-777-3777 |
| U.S. Probation Office | 157 Church St., New Haven, CT 06510 203-773-2100 |

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK