UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Re-Sentencing Calendar

Honorable Peter C. Dorsey, U. S. D. J.
141 Church Street
New Haven
Courtroom #1

October 2, 2006

9:30 A.M.

CASE NO.   3-02-cr-334 (PCD)   USA v. Herman James

    COUNSEL OF RECORD:

| | |
|---|---|
| John A. Marrella, AUSA | U.S. Attorney's Office, 157 Church St., 23rd Fl., New Haven, CT 06510     203-821-3700 |
| Jonathan J. Einhorn, Esq. | 412 Orange St., New Haven, CT 06511  203-777-3777 |
| Mark D. Myers, USPO | U.S. Probation Office, 157 Church St., New Haven, CT 06510     203-773-2100 |

                        BY ORDER OF THE COURT
                        KEVIN F. ROWE, CLERK