UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

AMENDED Re-Sentencing Calendar

Honorable Peter C. Dorsey, U. S. D. J.
141 Church Street
New Haven
Courtroom #1

**November 6, 2006**

10:00 A.M.

**PLEASE NOTE:   Rescheduled from October 2, 2006**

CASE NO.   3-02-cr-334 (PCD)   USA v. Herman James

COUNSEL OF RECORD:

| | |
|---|---|
| John A. Marrella, AUSA | U.S. Attorney's Office, 157 Church St., New Haven, CT 06510     203-821-3797 |
| Jonathan J. Einhorn, Esq. | 412 Orange St.,  New Haven, CT 06511  203-777-3777 |
| Mark D. Myers, USPO | U.S. Probation Office, 157 Church St., New Haven, CT 06510     203-773-2100 |

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK