## UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA                    CRIM. NO. 3:02cr334 (PCD)

VS.

HERMAN JAMES                                SEPTEMBER 26, 2006

## MOTION FOR RECONSIDERATION

The defendant Herman James moves that the Court reconsider the issues raised

and the facts presented relating to departure issues on his behalf at the previous

sentencing.

The defendant represents that pursuant to <u>U.S. vs. Fagans</u>, 406 F.3rd 138 (2nd

Cir. 2005), the defendant is entitled to be resentenced, and to have the Court reconsider

such issues.

Respectfully submitted,

DEFENDANT, HERMAN JAMES

BY_____
       JONATHAN J. EINHORN, ESQ.
       412 ORANGE STREET
       NEW HAVEN, CT 06511
       TELEPHONE: (203) 777-3777
       FACSIMILE : (203) 782-1721
       Email address: jnhorn@aol.com
       Fed. Bar No. ct00163

## CERTIFICATION

It is hereby certified that a copy of the foregoing was sent via first class mail,
postage prepaid, this 26th day of September, 2006 to the following counsel of record:

John Marrella, Esq.
Assistant U.S. Attorney
157 Church Street, 23rd Floor
P.O. Box 1824
New Haven, Connecticut  06510

_____
JONATHAN J. EINHORN