## UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIM. NO. 3:02cr334 (PCD) |
| VS. | |
| HERMAN JAMES | NOVEMBER 7, 2006 |

### NOTICE OF APPEAL

Notice is hereby given that HERMAN JAMES appeals to the United States Court of Appeals for the Second Circuit from the Sentence entered in this action on November 6, 2006.

The appeal concerns: Sentence.

_____
COUNSEL FOR APPELLANT
JONATHAN J. EINHORN
412 ORANGE STREET
NEW HAVEN, CT 06511
(203) 777-3777/ct 00163

### CERTIFICATION

It is hereby certified that a copy of the foregoing was sent via first class mail, postage prepaid, this 7TH day of November, 2006 to the following counsel of record:

John Marrella, Esq.
Assistant U.S. Attorney
157 Church Street, 23rd Floor
P.O. Box 1824
New Haven, Connecticut 06510

_____
JONATHAN J. EINHORN

| QUESTIONNAIRE: | TRANSCRIPT ORDER |
|---|---|
| I am ordering a transcript | Prepare Transcript of: |

November 6, 2006; September 7, 2006 and November 18, 2004

The attorney certifies that he will make satisfactory arrangements with the court reporter for payment of the cost of the transcript.

Method of Payment:  CJA form 24    Dated:   November 7, 2006

_____
JONATHAN J. EINHORN


## COURT REPORTER ACKNOWLEDGMENT:

Date Order Received   Estimated Completion Date   Est. No. of Pages

_____        _____        _____


Date: _____        Signature _____
                                             Court Reporter