## UNITED STATES DISTRICT COURT

### DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIM. NO. 3:02cr334 (PCD) |
| VS. | |
| HERMAN JAMES | MARCH 22, 2007 |

### INDEX TO RECORD ON APPEAL

**No. of Pages**

Cert. Copy of Docket Sheet                                         16

**Document No.**

Indictment, doc. #12                                                        1

Judgment, doc #95                                                          2

Notice of Appeal, doc #100                                             3

Respectfully submitted,

DEFENDANT, HERMAN JAMES

BY_____
   JONATHAN J. EINHORN, ESQ.
   412 ORANGE STREET
   NEW HAVEN, CT 06511
   TELEPHONE: (203) 777-3777
   FACSIMILE : (203) 782-1721
   Email address: jnhorn@aol.com
   Fed. Bar No. ct00163

## **CERTIFICATION**

It is hereby certified that a copy of the foregoing was sent via first class mail, postage prepaid, this 22nd day of March, 2007 to the following counsel of record:

John A. Marella, Esq., Assistant U.S. Attorney, 157 Church Street, 23rd Floor, New Haven, Connecticut  06510.

_____
JONATHAN J. EINHORN