UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIM. NO. 3:02cr334 (PCD) |
| VS. | |
| HERMAN JAMES | MARCH 27, 2007 |

**AMENDED**
**INDEX TO RECORD ON APPEAL**

| | **No. of Pages** |
|---|---|
| Cert. Copy of Docket Sheet | 16 |

| | **Document No.** |
|---|---|
| Indictment, doc. #12 | 1 |
| Judgment, doc #118 | 2 |
| Notice of Appeal, doc #119 | 3 |

          Respectfully submitted,

          DEFENDANT, HERMAN JAMES

          BY_____
            JONATHAN J. EINHORN, ESQ.
            412 ORANGE STREET
            NEW HAVEN, CT 06511
            TELEPHONE: (203) 777-3777
            FACSIMILE : (203) 782-1721
            Email address: jnhorn@aol.com
            Fed. Bar No. ct00163

## **CERTIFICATION**

It is hereby certified that a copy of the foregoing was sent via first class mail, postage prepaid, this 27th day of March, 2007 to the following counsel of record:

John A. Marella, Esq., Assistant U.S. Attorney, 157 Church Street, 23rd Floor, New Haven, Connecticut  06510.

_____
JONATHAN J. EINHORN