PROB 22
(Rev. 2/88)

# TRANSFER OF JURISDICTION

**FILED** 2008 MAR 19 P 2:15 U.S. DISTRICT NEW HAVEN

'08CRIM 182

| DOCKET NUMBER (Tran. Court) |
|---|
| 3: 02 CR 00334(PCD) |

| DOCKET NUMBER (Rec. Court) |
|---|

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Herman A. James<br>590 East 3rd Street - Apt. 1K<br>Mt. Vernon, NY 10553 | DISTRICT OF CONNECTICUT | HARTFORD, CT |

| NAME OF SENTENCING JUDGE |
|---|
| HONORABLE PETER C. DORSEY, U.S. DISTRICT JUDGE |

| DATES OF SUPERVISED RELEASE | FROM | TO |
|---|---|---|
| | September 21, 2007 | September 20, 2010 |

**OFFENSE**

Counterfeiting (18, USC, 472 & 2); Felon in Possession of a Firearm (18, USC, 922(g)(1))

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE "DISTRICT OF CONNECTICUT"

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the supervised releasee named above be transferred with the records of the Court to the United States District Court for the Southern District of New York upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

2/15/08
Date

_____
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

IT IS HEREBY ORDERED that jurisdiction over the above-named supervised releasee be accepted and assumed by this Court from and after the entry of this order.

3/5/08
Effective Date

_____
United States District Judge