06-5256-cr
USA v. James

# MANDATE

*CONN/NHCt*
*02-CR-334*
*Dorsey*

## UNITED STATES COURT OF APPEALS
### FOR THE SECOND CIRCUIT

### AMENDED SUMMARY ORDER

RULINGS BY SUMMARY ORDER DO NOT HAVE PRECEDENTIAL EFFECT. CITATION TO SUMMARY ORDERS FILED AFTER JANUARY 1, 2007, IS PERMITTED AND IS GOVERNED BY THIS COURT'S LOCAL RULE 32.1 AND FEDERAL RULE OF APPELLATE PROCEDURE 32.1. IN A BRIEF OR OTHER PAPER IN WHICH A LITIGANT CITES A SUMMARY ORDER, IN EACH PARAGRAPH IN WHICH A CITATION APPEARS, AT LEAST ONE CITATION MUST EITHER BE TO THE FEDERAL APPENDIX OR BE ACCOMPANIED BY THE NOTATION: "(SUMMARY ORDER)." A PARTY CITING A SUMMARY ORDER MUST SERVE A COPY OF THAT SUMMARY ORDER TOGETHER WITH THE PAPER IN WHICH THE SUMMARY ORDER IS CITED ON ANY PARTY NOT REPRESENTED BY COUNSEL UNLESS THE SUMMARY ORDER IS AVAILABLE IN AN ELECTRONIC DATABASE WHICH IS PUBLICLY ACCESSIBLE WITHOUT PAYMENT OF FEE (SUCH AS THE DATABASE AVAILABLE AT HTTP://WWW.CA2.USCOURTS.GOV/). IF NO COPY IS SERVED BY REASON OF THE AVAILABILITY OF THE ORDER ON SUCH A DATABASE, THE CITATION MUST INCLUDE REFERENCE TO THAT DATABASE AND THE DOCKET NUMBER OF THE CASE IN WHICH THE ORDER WAS ENTERED.

At a stated Term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 17th day of March, two thousand and eight.

Present:
HON. RALPH K. WINTER,
HON. RICHARD C. WESLEY,
   *Circuit Judges,*
HON. BRIAN M. COGAN,
   *District Judge.*[1]

UNITED STATES OF AMERICA,

        *Appellee,*

        - v -                                        No. 06-5256-cr

HERMAN JAMES,

        *Defendant-Appellant.*

For Appellant:        JONATHAN J. EINHORN, New Haven, CT.

────────────────

[1] The Honorable Brian M. Cogan, United States District Court for the Eastern District of New York, sitting by designation.

ISSUED AS MANDATE:  *4-11-08*

1

For Appellee:        JOHN A. MARRELLA, Assistant United States Attorney (Kevin J. O'Connor, United States Attorney for the District of Connecticut, *on the brief*; William J. Nardini, Assistant United States Attorney, *of counsel*), New Haven, CT.

---

1   UPON DUE CONSIDERATION, IT IS HEREBY ORDERED, ADJUDGED, AND

2   **DECREED** that the judgment of the United States District Court for the District of Connecticut

3   be **AFFIRMED**.

4              Defendant-Appellant Herman James appeals from a November 6, 2006 judgment of the

5   United States District Court for the District of Connecticut (Dorsey, J.) sentencing him to a

6   prison term of 63 months for two counts of counterfeiting in violation of 18 U.S.C. § 472 and

7   one count of possession of a firearm by a convicted felon in violation of 18 U.S.C. § 922(g)(1).

8   James was originally sentenced to a prison term of 66 months, and appealed to this Court.  In

9   light of the Supreme Court's decision in *United States v. Booker*, 543 U.S. 220 (2005), and this

10  Court's decision in *United States v. Fagans*, 406 F.3d 138 (2d Cir. 2005), we vacated that

11  sentence and remanded for resentencing in conformity with *Booker*.  Familiarity by the parties is

12  assumed as to the facts, the procedural context, and the specification of appellate issues.

13             On appeal, James now submits that a remand pursuant to *Fagans* required a full

14  resentencing hearing, complete with a new opportunity for the defendant to present evidence on

15  his behalf.  Nothing in *Fagans* supports this argument.  To the contrary, we held that "[s]ince the

16  Guideline calculation was correct, but the compulsory use of the Guidelines was erroneous, and

17  Fagans preserved his objection to that error, we remand to the District Court with instructions to

18  vacate the sentence and resentence in conformity with *Booker* and this opinion." *Id.* at 142.  The

19  same was true here.  We remanded for resentencing without mandatory application of the

20  Guidelines, and the district court resentenced accordingly, choosing to decrease Appellant's

21  sentence.

1    Having only sought (and received) a remand based on *Booker* in his first appeal,

2    Appellant has not preserved any claim of error relating to the district court's calculation of the

3    Guidelines themselves.

4        Accordingly, for the reasons set forth above, the judgment of the District Court is hereby

5    AFFIRMED.

6

7        For the Court
8        Catherine O'Hagan Wolfe, Clerk
9
10
11    By: _____
12

A TRUE COPY
Catherine O'Hagan Wolfe, Clerk
by _____
DEPUTY CLERK

**06-5256-cr**
**USA v. James**

CONN/NHCT
02-CR-334
DORSEY

# UNITED STATES COURT OF APPEALS
## FOR THE SECOND CIRCUIT

### AMENDED SUMMARY ORDER

RULINGS BY SUMMARY ORDER DO NOT HAVE PRECEDENTIAL EFFECT. CITATION TO SUMMARY ORDERS FILED AFTER JANUARY 1, 2007, IS PERMITTED AND IS GOVERNED BY THIS COURT'S LOCAL RULE 32.1 AND FEDERAL RULE OF APPELLATE PROCEDURE 32.1. IN A BRIEF OR OTHER PAPER IN WHICH A LITIGANT CITES A SUMMARY ORDER, IN EACH PARAGRAPH IN WHICH A CITATION APPEARS, AT LEAST ONE CITATION MUST EITHER BE TO THE FEDERAL APPENDIX OR BE ACCOMPANIED BY THE NOTATION: "(SUMMARY ORDER)." A PARTY CITING A SUMMARY ORDER MUST SERVE A COPY OF THAT SUMMARY ORDER TOGETHER WITH THE PAPER IN WHICH THE SUMMARY ORDER IS CITED ON ANY PARTY NOT REPRESENTED BY COUNSEL UNLESS THE SUMMARY ORDER IS AVAILABLE IN AN ELECTRONIC DATABASE WHICH IS PUBLICLY ACCESSIBLE WITHOUT PAYMENT OF FEE (SUCH AS THE DATABASE AVAILABLE AT HTTP://WWW.CA2.USCOURTS.GOV/). IF NO COPY IS SERVED BY REASON OF THE AVAILABILITY OF THE ORDER ON SUCH A DATABASE, THE CITATION MUST INCLUDE REFERENCE TO THAT DATABASE AND THE DOCKET NUMBER OF THE CASE IN WHICH THE ORDER WAS ENTERED.

At a stated Term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 17th day of March, two thousand and eight.

Present:

        HON. RALPH K. WINTER,
        HON. RICHARD C. WESLEY,
              *Circuit Judges,*
        HON. BRIAN M. COGAN,
              *District Judge.*[1]



UNITED STATES COURT OF APPEALS
FILED
MAR 17 2008
Catherine O'Hagan Wolfe, Clerk
SECOND CIRCUIT

---

UNITED STATES OF AMERICA,

        *Appellee,*

      - v -               No. 06-5256-cr

HERMAN JAMES,

        *Defendant-Appellant.*

THE MANDATE, CONSISTING OF
ITEMS BELOW, HAS BEEN RECEIVED
OPINION ( ) STATEMENT OF COSTS
ORDER
RECEIVED BY: _____ DATE _____

---

For Appellant:    JONATHAN J. EINHORN, New Haven, CT.

---

    [1] The Honorable Brian M. Cogan, United States District Court for the Eastern District of New York, sitting by designation.

1